

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

September 8, 2025

**VIA ECF**

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: <u>Vifor (Int'l) AG, et al. v. Orbicular Pharm. Techs. Pvt. Ltd.,</u> Docket No. 25-15336**

Dear Judge Day:

Plaintiffs write to inform Your Honor that the above-captioned case has been transferred to D.N.J. pursuant to Judge Bryson's Order in *Vifor (Int'l) AG, et al. v. Orbicular Pharm. Techs. Pvt. Ltd.,* Case No. 25-00540 (D. Del.).  The above-captioned case is related to *American Regent, Inc., et al. v. MSN Labs Pvt. Ltd.*, *et al.*, Case No. 24-10674 (D.N.J.).

We write to inform the Court that Plaintiffs have timely filed a motion for reconsideration of Judge Bryson's Order, which is now currently pending. *Vifor (Int'l) AG,* Case No. 25-00540 (D. Del.), ECF No. 32.

Should your Honor have any questions, please let us know.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail


CC: All Counsel of Record (via ECF)