Cynthia S. Betz
Mark M. Makhail
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No.: 25-15336 <br><br> **NOTICE OF APPEARANCE BY CYNTHIA S. BETZ** |

TO:     THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Vifor (International) AG and American Regent, Inc., and requests to receive Notices of Electronic Filing (NEFs).  The undersigned hereby certifies that she is admitted to practice before this court.

Dated: September 8, 2025                                                      Respectfully submitted,

                                                                                                     */s/ Cynthia S. Betz*
                                                                                                     Cynthia S. Betz

1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 8, 2025, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon all counsel of record by operation of the Court's electronic filing system.

By: *s/ Cynthia S. Betz*
    Cynthia S. Betz

ME1\57430816.v1