## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Trenton, NJ

Vifor (International) AG , et al.

                                       Plaintiff,

v.                                        Case No.:
                                        3:25−cv−15336−GC−JBD

                                        Judge Georgette Castner

Orbicular Pharmaceutical Technologies Pvt. Ltd.

                                       Defendant.

**Dear PHILIP A. ROVNER:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                        Very truly yours,

                                        CLERK OF COURT
                                        By Deputy Clerk, amv