Michael Werno
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166
Telephone: (332) 253-7743

*Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>　　　　Defendant/Counterclaim Plaintiff. | Civil Action No.: 25-15336<br><br>**NOTICE OF APPEARANCE BY MICHAEL WERNO** |

TO:　THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Vifor (International) AG and American Regent, Inc., and requests to receive Notices of Electronic Filing (NEFs). The undersigned hereby certifies that he is admitted to practice before this court.

Dated: September 16, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael Werno*
　　　　　　　　　　　　　　　　　　　　　　　Michael Werno

1

ME1\57884574.v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2025, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon all counsel of record by operation of the Court's electronic filing system.

By: *s/ Michael Werno*
Michael Werno