IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>        Defendant/Counterclaim Plaintiff. | Civil Action No. 25-15336 |

## ORDER REGARDING PRO HAC VICE ADMISSION

This matter comes before the Court by way of Plaintiffs Vifor (International) AG and American Regent, Inc.'s ("Plaintiffs") Letter Request for admission of certain counsel *pro hac vice*.

WHEREAS, the Court has granted *pro hac vice* admission in related case 25-3286 to the following counsel:

1. Jane M. Love (ECF No. 8); and
2. Robert W. Trenchard (ECF No. 8).

Whereas all counsel noted above seek to be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c)(1), United States District Court for the District of New Jersey; and the Court having previously found good cause to grant the above listed attorneys admission *pro hac vice* and the Court having determined that, based upon the same and for good cause shown;

IT IS on this 24th day of September 2025,

ORDERED that all counsel noted above shall be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c)(1), United States District Court for the District of New Jersey; and it is further;

ORDERED that, all pleadings, briefs and other papers filed with the Court by Plaintiffs shall be signed by McCarter & English, LLP. McCarter & English, LLP shall be held responsible for said papers and for the conduct of the Plaintiffs' case and will be held responsible for the conduct of the Plaintiffs' attorneys admitted hereby; and it is further

ORDERED that each counsel noted above is to make payment of $250.00 on admission payable to the Clerk, United States District Court; and it is further

ORDERED that, pursuant to Local Civil Rule 101.1(c)(2), each counsel noted above is to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Local Rule 1:28-2(a); and it is further

ORDERED that each counsel shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1 Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1 Discipline of Attorneys.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE