# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 25-15336<br><br>**REQUEST BY MARK M. MAKHAIL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

Request is hereby made by Mark M. Makhail for *pro hac vice* counsel Jane M. Love to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered (ECF No. 42); and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 24, 2025

    *s/ Mark M. Makhail*
    Mark M. Makhail
    Mark M. Makhail
    **MCCARTER & ENGLISH LLP**
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    Phone: (973) 622-4444

    *Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.*

## **PRO HAC VICE ATTORNEY INFORMATION**

Jane M. Love
**GIBSON, DUNN & CRUTCHER, LLP**
200 Park Ave.
New York, NY 10166
(212) 351-3922
jlove@gibsondunn.com