# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 25-15336 <br><br> **REQUEST BY MARK M. MAKHAIL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

Request is hereby made by Mark M. Makhail for *pro hac vice* counsel Jane M. Love to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered (ECF No. 42); and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 24, 2025

*s/ Mark M. Makhail*
Mark M. Makhail
Mark M. Makhail
**MCCARTER & ENGLISH LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444

*Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION**

Robert W. Trenchard
**GIBSON, DUNN & CRUTCHER, LLP**
200 Park Ave.
New York, NY 10166
(212) 351-3942
rtrenchard@gibsondunn.com

ME1 49303210v.1