UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Vifor (International) AG, et al.

Plaintiff(s),

v.

Orbicular Pharmaceutical Techonologies PVT. LTD.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 25-15336

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Mark M. Makhail
Digitally signed by: Mark M. Makhail
DN: CN = Mark M. Makhail email = mmakhail@mccarter.com C = AD
Date: 2025.09.25 14:24:55 -04'00'

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Ronald A. Lee

Firm: Gibson, Dunn & Crutcher, LLP

Address: 3161 Michelson Dr
Suite 1200
Irvine, CA 92612

Email: ronaldlee@gibsondunn.com

Phone: 949-451-4069

Admitted on behalf of: Plaintiffs Vifor (International) AG and American Regent

Instructions for <u>**LOCAL COUNSEL** for filing</u>:
1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. When prompted, select the name of the part(ies) on whose behalf counsel has been granted to be admitted on behalf of.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.