

|  |  |
|---|---|
| **Mark M. Makhail**<br>Partner<br><br>T. 973-639-2092<br>F. 973-206-3794<br><br>mmakhail@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

October 2, 2025

<u>**VIA ECF**</u>

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: <u>Vifor (International) AG and American Regent, Inc. v. Orbicular
    Pharmaceutical Technologies PVT. LTD.
    Docket No. 3:25-cv-15336</u>**

Dear Judge Day:

We, along with Gibson, Dunn & Crutcher, LLP, represent Plaintiffs in the above matter. On behalf of all parties, we submit this letter as per Your Honor's September 16, 2025 Order.

As your Honor is aware, this case was transferred from the District of Delaware to the District of New Jersey on August 22, 2025. Plaintiffs timely filed their Motion for Reconsideration of Judge Bryson's Order. Orbicular filed its Opposition to the Motion for Reconsideration on September 16, 2025. Plaintiffs' Motion for Reconsideration was denied on September 30, 2025.

Defendant's counsel has indicated that they will be filing their appearances this week and that the case should move forward with the parties filing a proposed Joint Discovery Plan followed by a Rule 16 Scheduling Conference, if needed. The Plaintiffs do not believe that there are any issues ripe for the Court's consideration at this time.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All counsel (via email)