# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., | Case No. 3:25-cv-15336-GC-JBD |
| *Plaintiffs/Counterclaim Defendants*, | Hon. Georgette Castner, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J. |
| v. | **NOTICE OF APPEARANCE** |
| ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., |  |
| *Defendant/Counterclaim Plaintiff.* |  |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd

Dated: October 3, 2025                    Respectfully submitted,

                                          **K&L GATES LLP**

                                          By:  s/ Loly G. Tor
                                               Loly G. Tor
                                               One Newark Center, 10th Fl.
                                               Newark, NJ 07102
                                               P: 973-848-4026
                                               F: 973-848-4001
                                               loly.tor@klgates.com