**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 25-15336 <br><br> **ORDER** |

**THIS MATTER** having been opened before the Court by McCarter & English, LLP, Counsel for Plaintiffs Vifor (International) AG and American Regent, Inc., and the Court having considered the moving papers, and for good cause shown:

**IT IS** on this 17th day of October, 2025 hereby

**ORDERED** that Pooja R. Singh is admitted *pro hac vice* on behalf of Plaintiffs, in the above-captioned matter pursuant to L. Civ. R. 101.1(c)(1); it is further

**ORDERED** that all notices, pleadings, and other papers filed with this Court shall be served upon McCarter & English, LLP, and that McCarter & English, LLP shall enter all appearances and be responsible for signed papers; and it is further

**ORDERED** that Pooja R. Singh shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(1) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter, and shall

make payment of $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c); and it is further

**ORDERED** that Pooja R. Singh shall abide and be bound by the Rules of the United States District Court for the District of New Jersey, and all disciplinary rules, including but not limited to Rules 6 and 7 of the Rules of Attorney Disciplinary Enforcement of the United States Court of Appeals for the Third Circuit.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE