# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> *Plaintiffs/Counterclaim Defendants*, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant/Counterclaim Plaintiff*. | Case No. 3:25-cv-15336-GC-JBD <br><br> Hon. Georgette Castner, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. |

**THIS MATTER**, having come before the Court upon the application of K&L Gates LLP, counsel for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd., in the above-captioned consolidated matters, for admission *pro hac vice* of Jeffrey Gargano, Esq., Rebekah Hill, Esq., and Adam Berlin, Esq., counsel for all parties having consented to the admission *pro hac vice* of Attorneys Gargano, Hill, and Berlin, and upon good cause appearing;

**IT IS**, on this 10th day of November, 2025, hereby

**ORDERED** that the application is granted, and Jeffrey Gargano, Esq., Rebekah Hill, Esq., and Adam Berlin, Esq., are hereby admitted to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation, pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of counsel admitted hereby; and it is further

**ORDERED** that Jeffrey Gargano, Esq., Rebekah Hill, Esq., and Adam Berlin, Esq. shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Jeffrey Gargano, Esq., Rebekah Hill, Esq., and Adam Berlin, Esq., pursuant to Local Civil Rule 101.1(c)(3), shall each make a payment of $250.00 to the Clerk of the Court; and it is further

**ORDERED** that Jeffrey Gargano, Esq., Rebekah Hill, Esq., and Adam Berlin, Esq. shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE