

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

November 11, 2025

<u>**VIA ECF**</u>

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: <u>Vifor (Int'l) AG, et al. v. MSN Laboratories Private Limited, et al.</u>, Docket No. 3:25-cv-15336-GC-JBD**

Dear Judge Day:

The parties have met and conferred regarding a proposed case schedule for the above-captioned action in advance of tomorrow's Rule 16 conference.  The parties are diligently working on an agreement that proposes consolidating this action with the two related actions co-pending before this Court (Civ. Action Nos. 3:24-cv-10674 and 3:25-cv-16735).  The parties believe that such an agreement would promote judicial economy and efficiencies in the case schedule given the similarity of issues.  Given the number of parties involved, we jointly request a brief adjournment of the Court's Rule 16 Conference set for tomorrow, November 12, 2025, to allow the parties to finalize and submit a proposed case schedule.  Should Your Honor prefer to proceed with tomorrow's conference, the parties jointly request that the conference proceed remotely.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail


CC: All Counsel of Record (via ECF)