UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ORBICULAR PHARMACEUTICALTECHNOLOGIES PVT. LTD., <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No. 3:25-cv-15336-GC-JBD |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Loly G. Tor*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Adam S. Berlin

Firm: K&L Gates LLP

Address: 609 Main St., Suite 4150

Houston, TX 77002

Email: Adam.berlin@klgates.com

Phone: 713-815-7373

Admitted on behalf of: ORBICULAR PHARMACEUTICALTECHNOLOGIES PVT. LTD.