DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,

Plaintiff(s),

v.

ORBICULAR PHARMACEUTICALTECHNOLOGIES PVT. LTD.,

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:25-cv-15336-GC-JBD

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Loly G. Tor
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Rebekah Hill

Firm: K&L Gates LLP

Address: 70 W. Madison St., Suite 3300

Chicago, IL 60602

Email: Rebekah.hill@klgates.com

Phone: 312-807-4293

Admitted on behalf of: ORBICULAR PHARMACEUTICALTECHNOLOGIES PVT. LTD.