

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

November 14, 2025

**VIA ECF**

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Vifor (Int'l) AG, et al. v. Orbicular Pharmaceutical Technologies PVT, LTD.
Civil Action No. 25-15336**

Dear Judge Day:

This office, along with Gibson, Dunn & Crutcher, LLP, represent Plaintiffs Vifor (Int'l) AG and American Regent, Inc. in the above referenced action. Plaintiffs' Answer to Defendants' Counterclaims is due today, November 14, 2025. Plaintiffs require a brief adjournment of this deadline to make this submission. Accordingly, Plaintiffs respectfully request that the deadline to file Plaintiffs' Answer to Defendants' Counterclaims be adjourned until **November 19, 2025**. Defendants consent to this request.

If the above request is acceptable to the Court, we kindly ask that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All Counsel of Record (via ECF)

**SO ORDERED**.

_____
Hon. J. Brendan Day, U.S.M.J.

ME1\59041958.v1